UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:10CV-P461-S

JUAN D. JOHNSON     PLAINTIFF

v.

    DEFENDANTS

SHARON VEECH *et al.*

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that this action is **DISMISSED with prejudice** for failure to prosecute and failure to comply with the Court's Orders.

All remaining pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:
    July 28, 2011

                **Charles R. Simpson III, Judge**
                **United States District Court**

cc:     Plaintiff, *pro se*
        Counsel of record
4411.008